Local AO 243 (Rev. 11/08)                                                                                    Page 1

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |  |
|---|---|---|
| Name (under which you were convicted): Anthony Donte Collier | | Docket or Case No.: 3:16-cr-194 |
| Place of Confinement: U.S.P Pollock | | Prisoner No.: 10927-059 |
| UNITED STATES OF AMERICA | v. | Movant (include name under which convicted) |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: _____
   U.S District Court For District of North Dakota Eastern Division

   (b) Criminal docket or case number (if you know): 3:16-cr-194

2. (a) Date of the judgment of conviction (if you know): April 17, 2017
   (b) Date of sentencing: December 18, 2017

3. Length of sentence: 40 years

4. Nature of crime (all counts): Sex Trafficking by Force, Fraud, or Coercion
   Attempted Sex Trafficking by Force, Fraud, or Coercion

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐                    No ☑

8.  Did you appeal from the judgment of conviction?        Yes ☑                    No ☐

9.  If you did appeal, answer the following:
    (a) Name of court:    Eighth Circuit Court of Appeals
    (b) Docket or case number (if you know): _____
    (c) Result:    Affirmed Conviction
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know):    United States v. Anthony Donte Collier
    (f) Grounds raised:    Sequestration Violation
    _____ Jury Instructions (Elements)
    _____ Jury Instruction (Willful Blindness)
    _____ Judicial Bias
    _____ Fourth Amendment Illegal Search and Seizure
    _____ Sixth Amendment Claims (Withholding discover during trial)

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐        No ☑
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____
        _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____
        _____
        _____
        _____
        _____
        _____
        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☑        No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:    U.S Court District of North Dakota Eastern Divisi
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:  _Ineffective Counsel_____

_____

_____

_____

_____

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐     No ☑

(7)  Result:  _Conviction Affirmed_____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☑     No ☐

(7)  Result:  _Suppression hearing was denied_____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:       Yes ☑       No ☐

(2)  Second petition:     Yes ☐       No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

Local AO 243 (Rev. 11/08)                                                                                    Page 4

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution.
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

**GROUND ONE:** Actual Innocence: 18 U.S.C 1591(b)(1) as
Pertaining to Starr Woodburry

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Collier met up with Ms. Woodbury on one occassion.
He never threatened, coerced, Assaulted, misled
or Forced nor attempted to in order for Ms Woodbury
to engage in a commercial sex act.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☑

(2) If you did not raise this issue in your direct appeal, explain why: The argument
that counsel made did not specify the charge
of 1591 (b)(1) instead it focussed on the other charges.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☑

(4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____ NoN

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ Applicable

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____ NoN

_____

_____

_____ Applicable

**GROUND TWO:** _____

_____

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c)  Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____

_____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐          No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐          No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐          No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐          No ☐

    (5)  If your answer to Question (c)(4) is "Yes." did you raise the issue in the appeal?

        Yes ☐          No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Local AO 243 (Rev 11/08)                                                                          Page 8

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Local AO 243 (Rev. 11/08)                                                                                    Page 9

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

    Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐     No ☐

Local AO 243 (Rev. 11/08)                                                                                          Page 10

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing: _William Kirshner_____

(b) At the arraignment and plea: _William Kirshner_____

(c) At the trial: _____William Kirshner_____

(d) At sentencing: _____Pro - Se_____

(e) On appeal: _____Chad McCabe_____

(f) In any post-conviction proceeding: ____Pro - Se_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _Pro - Se_____

_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☑          No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

According to Supreme Court Rulings in Schlup v Delo
513 U.S 298 (1995)

Even if Collier could have raised actual innocence
earlier, the law allows a second or successive
petition if he now presents new evidence that was
not previously available or fully developed at the time
of the first motion

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _____

Local AO 243 (Rev. 11/08)

or any other relief to which movant may be entitled.

Anthony Collier    Pro Se
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___June 3 2025___ .
(month, date, year)

Executed (signed) on _____ (date)

Anthony Collier
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____